■ The People of the State of New York, Respondent, v Angel Santiago, Appellant. [881 NYS2d 359]—Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered on or about March 13, 2008, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Sweeny, Moskowitz, Acosta and Richter, JJ.